PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| CASE NUMBER (Tran. Court) |
|---|
| 2:98CR00136-007 |
| 2:96CR00253-005 |

| CASE NUMBER (Rec. Court) |
|---|
| CR07-40 UNA |

| NAME AND ADDRESS OF SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Richard Davis | Eastern District of Pennsylvania | Philadelphia |

| NAME OF SENTENCING JUDGE |
|---|
| The Honorable Ronald L. Buckwalter |

| DATES OF SUPERVISED RELEASE: | FROM: 7-9-03 | TO: 7-8-07 |
|---|---|---|

REDACTED

**OFFENSE**

Conspiracy to distribute marijuana

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of Pennsylvania

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Delaware upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

MARCH 5, 2007
_Date_

_[signed] Ronald L. Buckwalter_
_United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of Delaware

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/2/07
_Effective Date_

_[signed]_
_United States District Judge_